**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EVGENII IVANOV,
Petitioner,
v.
CHRISTOPHER LAROSE, *et al.*,
Respondents.

Case No. 26-cv-04814-BAS-JAC

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 5)**

Petitioner Evgenii Ivanov filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 5.) Petitioner alleges that he is subject to a final order of removal; he has been in custody for longer than the presumptively reasonable period under *Zadvydas v. Davis*, 533 U.S. 678 (2001); and there is no significant likelihood of removal in the reasonably foreseeable future. (*Id.*)

In its Response to the Petition, the Government states it "is unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future." (ECF No. 7.) Therefore, the Government does not oppose Petitioner being "released from custody subject to conditions of supervision." (*Id.*)

Accordingly, the Court **GRANTS** the Amended Petition. (ECF No. 5.) The Court issues the following writ:

> The Court **ORDERS** Respondents to immediately release Evgenii Ivanov (A# 215-818-445) from custody subject to supervision under the standard conditions authorized by 8 U.S.C. § 1231(a)(3).

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: September 8, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**